UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JASON J. H., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:17-cv-00344-LEW |
| | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION COMMISSIONER, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 4, 2018 (ECF No. 23), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision is AFFIRMED.

SO ORDERED.

/s/ Lance E. Walker
LANCE E. WALKER
UNITED STATES DISTRICT JUDGE

Dated this 26th day of November, 2018